ORIGINAL

FILED

03/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0272

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0272

---

PLANNED PARENTHOOD OF MONTANA
and PAUL FREDERICK HENKE, M.D., on
behalf of themselves and their patients,

      Plaintiffs and Appellees,

    v.

STATE OF MONTANA and AUSTIN
KNUDSEN, Attorney General of the State of
Montana, in his official capacity, and his agents
and successors,

      Defendants and Appellants.

---

FILED

MAR 12 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Nicole Saharsky, of Washington, DC, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Saharsky is currently in good standing with another state jurisdiction in which Saharsky is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the fourth appearance of Petitioner's firm under the pro hac vice rules, with good cause showing under Rule VI(C),

IT IS HEREBY ORDERED that the application of Nicole Saharsky to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Nichole Saharsky, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 12th day of March 2024.

For the Court,

By _____
                    Justice